UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**ORIGINAL**

GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., CITIZENS COMMITTEE FOR THE
RIGHT TO KEEP AND BEAR ARMS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

San Francisco Housing Authority, Miriam
Saenz, In Her Official Capacity, Henry
Alvarez III, In His Official Capacity, John
Stewart Company, City and County of San
Francisco, Gavin Newsom, In His Offical
Capacity, And Does 1-10

CV 08 3112 EDL

TO: (Name and address of defendant)
San Francisco Housing Authority, Miriam Saenz, In Her Official Capacity, Henry
Alvarez III, In His Official Capacity, John Stewart Company, City and County of
San Francisco, Gavin Newsom, In His Offical Capacity, And Does 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. D. Michel
TRUTANICH - MICHEL, LLP
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almasen
(BY) DEPUTY CLERK

DATE    JUN 2 7 2008

NDCAO440