1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6

7  Attorneys for Plaintiffs

8

   FILED
   JUN 2 7 2008
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

   E-filing

9            IN THE UNITED STATES DISTRICT COURT       ORIGINAL
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12 GUY MONTAG DOE, NATIONAL     ) CASE NO.
   RIFLE ASSOCIATION OF         )
13 AMERICA, INC., CITIZENS      ) CV 08 3112
   COMMITTEE FOR THE RIGHT TO   ) CERTIFICATION AS TO
14 KEEP AND BEAR ARMS,          ) INTERESTED PARTIES
                                )
15                              )
         Plaintiffs,            )
16                              )
         vs.                    )
17                              )
18 SAN FRANCISCO HOUSING        )
   AUTHORITY, MIRIAM SAENZ, IN  )
19 HER OFFICIAL CAPACITY,       )
   HENRY ALVAREZ III, IN HIS    )
20 OFFICIAL CAPACITY, JOHN      )
   STEWART COMPANY, CITY AND    )
21 COUNTY OF SAN FRANCISCO,     )
   GAVIN NEWSOM, IN HIS         )
22 OFFICIAL CAPACITY, AND DOES  )
   1-10,                        )
23                              )
         Defendants.            )
24                              )

25
26
27
28

1

The undersigned counsel of record for Plaintiffs, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications of recusal.

<u>Plaintiffs</u>

1. GUY MONTAG DOE;
2. NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.;
3. CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS;

<u>Defendants</u>

1. SAN FRANCISCO HOUSING AUTHORITY;
2. MIRIAM SAENZ, IN HER OFFICIAL CAPACITY;
3. HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY;
4. JOHN STEWART COMPANY;
5. CITY AND COUNTY OF SAN FRANCISCO;
6. GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY;
7. DOES 1-10

Date: June 26, 2008

TRUTANICH - MICHEL, LLP

C. D. Michel
Attorneys for Plaintiffs