C. D. Michel - S.B.N. 144258
Don B. Kates - S.B.N. 39193
Jason A. Davis - S.B.N. 222250
Clinton B. Monfort - S.B.N. 255609
TRUTANICH • MICHEL, LLP
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@tmllp.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

GUY MONTAG DOE, NATIONAL
RIFLE ASSOCIATION OF
AMERICA, INC., CITIZENS
COMMITTEE FOR THE RIGHT TO
KEEP AND BEAR ARMS,

        Plaintiffs

        vs.

SAN FRANCISCO HOUSING
AUTHORITY, MIRIAM SAEZ, IN
HER OFFICIAL CAPACITY,
HENRY ALVAREZ III, IN HIS
OFFICIAL CAPACITY, JOHN
STEWART COMPANY, CITY AND
COUNTY OF SAN FRANCISCO,
GAVIN NEWSOM, IN HIS
OFFICIAL CAPACITY, AND DOES
1-10,

        Defendants.

CASE NO. 08-3112

**PLAINTIFFS' DECLINATION TO
PROCEED BEFORE A MAGISTRATE
JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED
STATES DISTRICT COURT JUDGE**

1

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned part hereby declines to consent to the assignment of this case to a United States Magistrate Judge for all purposes including trial and disposition and hereby requests the reassignment of this case to a United State District Judge.

Date: July 1, 2008                     TRUTANICH • MICHEL, LLP


_____
/S/
C. D. Michel
Attorney for Plaintiffs