**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY MONTAG DOE,                                          No. C 08-03112 TEH

        Plaintiff,                                   **Clerk's Notice**
                                                        **Scheduling Case**
  v.                                                    **Management Conference**
                                                        **on Reassignment**
SAN FRANCISCO HOUSING AUTHORITY,

        Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Monday, 10/06/08** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than <u>7</u> days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: July 8, 2008                                     FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By: _____
                                                        R. B. Espinosa
                                                        Deputy Clerk