1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com

6

7  Attorneys for Plaintiffs

8            **IN THE UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 GUY MONTAG DOE, NATIONAL   ) CASE NO. CV-08-03112 TEH
   RIFLE ASSOCIATION OF        )
12 AMERICA, INC., CITIZENS     ) **[PROPOSED] ORDER ENLARGING**
   COMMITTEE FOR THE RIGHT TO ) **TIME FOR PLAINTIFFS' MOTION**
13 KEEP AND BEAR ARMS,         ) **TO PROCEED ANONYMOUSLY**
                               )
14         Plaintiffs          )
                               )
15            vs.              )
                               )
16 SAN FRANCISCO HOUSING       )
   AUTHORITY, MIRIAM SAEZ, IN  )
17 HER OFFICIAL CAPACITY,      )
   HENRY ALVAREZ III, IN HIS   )
18 OFFICIAL CAPACITY, SAN      )
   FRANCISCO HOUSING           )
19 AUTHORITY COMMISSION,       )
   AMOS BROWN, IN HIS OFFICIAL )
20 CAPACITY, NEOLA GANS, IN    )
   HER OFFICIAL CAPACITY,      )
21 GEORGE BROWN, IN HIS        )
   OFFICIAL CAPACITY, MILLARD  )
22 LARKIN, IN HIS OFFICIAL     )
   CAPACITY, JANE HSU, IN HER  )
23 OFFICIAL CAPACITY, MATTHEW  )
   SCHWARTZ, IN HIS OFFICIAL   )
24 CAPACITY, AND DWAYNE        )
   JONES, IN HIS OFFICIAL      )
25 CAPACITY, JOHN STEWART      )
   COMPANY, AND DOES 1-10,     )
26                             )
           Defendants.         )
27                             )
   _____   )
28

1

1    Upon consideration of the Motion to Enlarge Time to File Plaintiffs' Motion

2  to Proceed Anonymously and good cause appearing therefor, **IT IS HEREBY**

3  **ORDERED** that Plaintiffs' request to Enlarge Time to File Plaintiffs' Motion to

4  Proceed Anonymously is hereby is **GRANTED**.

5    The Motion shall be filed by September 25, 2008.

6  IT IS SO ORDERED.

7  _____

8  _____

9  _____

10  _____

11  _____

12   Date: _____, 2008

13

14                                    _____
                                      Hon. Thelton E. Henderson
15                                    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2