```
 1  C. D. Michel - S.B.N. 144258
    Don B. Kates - S.B.N. 39193
 2  Jason A. Davis - S.B.N. 222250
    Clinton B. Monfort - S.B.N. 255609
 3  TRUTANICH • MICHEL, LLP
    180 E. Ocean Boulevard, Suite 200
 4  Long Beach, CA 90802
    Telephone: 562-216-4444
 5  Facsimile: 562-216-4445
    Email: cmichel@tmllp.com
 6
 7  Attorneys for Plaintiffs
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>Plaintiffs<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10,<br><br>Defendants. | CASE NO. CV-08-03112 TEH<br><br>**NOTICE OF ERRATA RE: [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY** |

1

1     PLEASE TAKE NOTICE that Plaintiff GUY MONTAG DOE et al, requests that the Court take notice of the following Errata: Plaintiffs' filed with the Court its [Proposed] Order Enlarging Time for Plaintiffs' Motion to Proceed Anonymously and inadvertently had the wrong names for the defendants in the caption.  Attached as Exhibit "A" is the corrected [Proposed] Order Enlarging Time for Plaintiffs' Motion to Proceed Anonymously for the courts convenience.

Date: August 8, 2008

                                                            /S/
                                    C. D. Michel
                                    Attorneys for Plaintiffs

# EXHIBIT A

1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 GUY MONTAG DOE, NATIONAL ) CASE NO. CV-08-03112 TEH
   RIFLE ASSOCIATION OF       )
12 AMERICA, INC., CITIZENS    ) [PROPOSED] ORDER ENLARGING
   COMMITTEE FOR THE RIGHT TO ) TIME FOR PLAINTIFFS' MOTION
13 KEEP AND BEAR ARMS,        ) TO PROCEED ANONYMOUSLY
                              )
14          Plaintiffs        )
                              )
15       vs.                  )
                              )
16 SAN FRANCISCO HOUSING      )
   AUTHORITY, MIRIAM SAEZ, IN )
17 HER OFFICIAL CAPACITY,     )
   HENRY ALVAREZ III, IN HIS  )
18 OFFICIAL CAPACITY, CITY AND)
   COUNTY OF SAN FRANCISCO,   )
19 GAVIN NEWSOM, IN HIS       )
   OFFICIAL CAPACITY, JOHN    )
20 STEWART COMPANY, AND       )
   DOES 1-10,                 )
21                            )
            Defendants.       )
22 _____)

23

24

25

26

27

28

                              1

1  Upon consideration of the Motion to Enlarge Time to File Plaintiffs' Motion
2  to Proceed Anonymously and good cause appearing therefor, **IT IS HEREBY**
3  **ORDERED** that Plaintiffs' request to Enlarge Time to File Plaintiffs' Motion to
4  Proceed Anonymously is hereby is **GRANTED**.
5  The Motion shall be filed by September 25, 2008.
6  IT IS SO ORDERED.
7  _____
8  _____
9  _____
10 _____
11 _____
12 Date: _____, 2008
13
14
15                                          Hon. Thelton E. Henderson
                                            United States District Judge