1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6

7  Attorneys for Plaintiffs

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 GUY MONTAG DOE, NATIONAL   ) CASE NO. CV-08-03112 TEH
   RIFLE ASSOCIATION OF       )
12 AMERICA, INC., CITIZENS    ) [PROPOSED] ORDER ENLARGING
   COMMITTEE FOR THE RIGHT TO ) TIME FOR PLAINTIFFS' MOTION
13 KEEP AND BEAR ARMS,        ) TO PROCEED ANONYMOUSLY
                              )
14         Plaintiffs         )
                              )
15         vs.                )
                              )
16 SAN FRANCISCO HOUSING      )
   AUTHORITY, MIRIAM SAEZ, IN )
17 HER OFFICIAL CAPACITY,     )
   HENRY ALVAREZ III, IN HIS  )
18 OFFICIAL CAPACITY, CITY AND)
   COUNTY OF SAN FRANCISCO,   )
19 GAVIN NEWSOM, IN HIS       )
   OFFICIAL CAPACITY, JOHN    )
20 STEWART COMPANY, AND       )
   DOES 1-10,                 )
21                            )
           Defendants.        )
22 _____)

23

24

25

26

27

28

                          1

1  Upon consideration of the Motion to Enlarge Time to File Plaintiffs' Motion
2  to Proceed Anonymously and good cause appearing therefor, **IT IS HEREBY**
3  **ORDERED** that Plaintiffs' request to Enlarge Time to File Plaintiffs' Motion to
4  Proceed Anonymously is hereby is **GRANTED**.
5  The Motion shall be filed by September 25, 2008.
6  IT IS SO ORDERED.

Date: _____08/08_____, 2008

_____
Hon. Thelton E. Henderson
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson, signed]*

2