1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6

7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | CASE NO. CV-08-03112 TEH |
|---|---|
| Plaintiffs | DECLARATION OF JASON A. DAVIS IN SUPPORT OF MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; EXHIBIT "A" |
| vs. | |
| SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, THE CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY JOHN STEWART COMPANY, AND DOES 1-10, | Dept.:   Courtroom 12 19th Floor |
| Defendants. | |

I, the undersigned, declare as follows:

   1.   I am an attorney at law, duly licensed to practice and practicing before all the Courts of the State of California and the United States District Court for the

1 | Northern District of California. I am an associate with the law firm of
2 | Trutanich•Michel, LLP, attorneys of record for Plaintiffs in this action. I am one of
3 | the attorneys assigned to this matter and, as such, I am readily familiar with this
4 | litigation. The facts herein are within my personal knowledge and if called and
5 | sworn as a witness, I would and hereby do, testify competently thereto.
6 |    2.  This Court set October 6, 2008 as the date for the parties initial case
7 | management conference. A true and correct copy of Clerk's Notice Scheduling
8 | Case Management Conference on Reassignment is attached hereto as Exhibit "A."
9 |    3.  Plaintiffs and Defendants remain engaged in discussions to resolve this
10 | litigation. The case has been resolved in principle as to Defendant City and County
11 | San Francisco.
12 |    4.  Plaintiffs have not requested a continuance for any deadlines other than
13 | Plaintiffs' Motion to Proceed Anonymously. Plaintiffs request a continuance at
14 | this time at due to the length and progression of discussions and the desire to
15 | resolve this matter without undue expenditure of client or judicial resources.
16 |    5.  If the current negotiations between the parties result in a resolution of this
17 | case, Plaintiffs anticipate a case management conference will not be necessary.
18 |    6.  Plaintiffs did not anticipate settlement discussions would extend as long
19 | as they have and therefore did not anticipate the need to continue the court-
20 | scheduled October 6 case management conference.
21 |    7.  Plaintiffs and Defendants anticipate that this case will be resolved within
22 | the coming weeks, and Plaintiffs hope to dismiss this action prior to the October
23 | 24, 2008 deadline to serve the complaint.
24 |    6.  On October 1, 2008, our office contacted each of Defendants in a good
25 | faith effort to stipulate to continue the scheduled case management conference to
26 | December 8, 2008. Defendants City and County of San Francisco and the San
27 | Francisco Housing Authority agreed to our request. Defendant John Stewart
28 | Company did not oppose.

2

1 | 11.  At this time, the parties are unable to formally stipulate on this issue since the Defendants have yet to be formally served and have not made an appearance in this case.  Although Defendants cannot be formally served with this motion, Plaintiffs have informed each of Defendants of their intention to file this motion with this court requesting the case management conference set for October 6, 2008 be continued to December 8, 2008.  Plaintiffs will provide Defendants with a copy of this motion.

12.  In light of the fact that Plaintiffs have not yet served a complaint in this matter, and given the impending likely settlement of this action, the parties are unable at this time to effectively participate in a case management conference and the parties anticipate this matter will be resolved prior to any future case management conference.

Date: October 2, 2008                    Trutanich • Michel, LLP


                                         _____/S/_____
                                         Jason A. Davis
                                         Attorneys for Plaintiffs