1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6

7  Attorneys for Plaintiffs

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  GUY MONTAG DOE, NATIONAL       ) CASE NO. 08-3112
    RIFLE ASSOCIATION OF           )
13  AMERICA, INC., CITIZENS        ) STIPULATION RE PLAINTIFF'S
    COMMITTEE FOR THE RIGHT TO     ) REQUEST TO PROCEED UNDER
14  KEEP AND BEAR ARMS,            ) THE ANONYMOUS PSEUDONYM
                                   ) GUY MONTAG DOE; [PROPOSED]
15                                 ) ORDER
         Plaintiffs                )
16                                 )
         vs.                       )
17                                 )
                                   )
18  SAN FRANCISCO HOUSING          )
    AUTHORITY, MIRIAM SAEZ, IN     )
19  HER OFFICIAL CAPACITY,         )
    HENRY ALVAREZ III, IN HIS      )
20  OFFICIAL CAPACITY, JOHN        )
    STEWART COMPANY, AND           )
21  DOES 1-10,                     )
                                   )
22       Defendants.                )

23

24

25

26

27

28

                              1

1  Pursuant to Civil Local Rule 7-12, Plaintiffs Guy Montag Doe, et. al. and
2  Defendants San Francisco Housing Authority and John Stewart Company hereby
3  stipulate that the individual gun-owner plaintiff named as Guy Montag Doe shall
4  be entitled to proceed under the anonymous pseudonym Guy Montag Doe. The
5  parties also submit with this stipulation a proposed order and request this Court's
6  endorsement of this stipulation pursuant to Civil L.R. 7-12, which permits a party to
7  submit such form of order consisting of an endorsement on the stipulation.

8  **IT IS SO STIPULATED.**

9  DATED: November 7, 2008        TRUTANICH • MICHEL, LLP

                                   _____
                                   C. D. Michel
                                   Attorneys for Plaintiffs

13 DATED: November ___, 2008

                                   _____
                                   Tim Larsen
                                   Attorney for Defendant
                                   San Francisco Housing Authority

17 DATED: November ___, 2008

                                   _____
                                   John Zanghi
                                   Attorney for Defendant
                                   John Stewart Company

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22 DATED: November 19, 2008

                                   _____
                                   Honorable Thelton E. Henderson
                                   Judge, United States District Court
                                   Northern District of California

2

1  Pursuant to Civil Local Rule 7-12, Plaintiffs Guy Montag Doe, et. al. and Defendants San Francisco Housing Authority and John Stewart Company hereby stipulate that the individual gun-owner plaintiff named as Guy Montag Doe shall be entitled to proceed under the anonymous pseudonym Guy Montag Doe. The parties also submit with this stipulation a proposed order and request this Court's endorsement of this stipulation pursuant to Civil L.R. 7-12, which permits a party to submit such form of order consisting of an endorsement on the stipulation.

**IT IS SO STIPULATED.**

DATED: November ___, 2008       **TRUTANICH • MICHEL, LLP**

_____
C. D. Michel
Attorneys for Plaintiffs

DATED: November 17, 2008

_____
Tim Larsen
Attorney for Defendant
San Francisco Housing Authority

DATED: November ___, 2008

_____
John Zanghi
Attorney for Defendant
John Stewart Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November ___, 2008

_____
Honorable Thelton E. Henderson
Judge of the District Court of
California for the Northern District

2

Pursuant to Civil Local Rule 7-12, Plaintiffs Guy Montag Doe, et. al. and Defendants San Francisco Housing Authority and John Stewart Company hereby stipulate that the individual gun-owner plaintiff named as Guy Montag Doe shall be entitled to proceed under the anonymous pseudonym Guy Montag Doe. The parties also submit with this stipulation a proposed order and request this Court's endorsement of this stipulation pursuant to Civil L.R. 7-12, which permits a party to submit such form of order consisting of an endorsement on the stipulation.

**IT IS SO STIPULATED.**

DATED: November ___, 2008        **TRUTANICH • MICHEL, LLP**

_____
C. D. Michel
Attorneys for Plaintiffs

DATED: November ___, 2008

_____
Tim Larsen
Attorney for Defendant
San Francisco Housing Authority

DATED: November 5, 2008

_____
John Zanghi
Attorney for Defendant
John Stewart Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November ___, 2008

_____
Honorable Thelton E. Henderson
Judge of the District Court of
California for the Northern District

2