| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Jason A. Davis - S.B.N. 222250 |
| | Clinton B. Monfort - S.B.N. 255609 |
| 3 | TRUTANICH • MICHEL, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@tmllp.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | ) ) ) ) ) | CASE NO. CV-08-03112 TEH **TELEPHONIC APPEARANCE REQUEST FOR CASE MANAGEMENT CONFERENCE** |
| Plaintiffs | ) ) | |
| vs. | ) ) | |
| SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1

TO THE PARTIES OF THE ABOVE ENTITLED ACTION: Pursuant to Local Rule 16-10(a) Plaintiffs' GUY MONTAG DOE, et al., respectfully request to appear via telephone for the Case Management Conference currently on calendar for Monday, January 12, 2009 at 1:30 p.m.

Date: January 5, 2009                TRUTANICH • MICHEL, LLP


/S/
C. D. Michel
Attorneys for Plaintiffs'



IT IS SO ORDERED
Judge Thelton E. Henderson
01/09/09
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2