1 | C. D. Michel - S.B.N. 144258
Don B. Kates - S.B.N. 39193
2 | Jason A. Davis - S.B.N. 222250
Clinton B. Monfort - S.B.N. 255609
3 | TRUTANICH • MICHEL, LLP
180 E. Ocean Boulevard, Suite 200
4 | Long Beach, CA 90802
Telephone: 562-216-4444
5 | Facsimile: 562-216-4445
Email: cmichel@tmllp.com
6 |
7 | Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>Plaintiffs<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10,<br><br>Defendants. | CASE NO. CV-08-03112 TEH<br><br>STIPULATION RE SETTLEMENT AND DISMISSAL OF DEFENDANTS SAN FRANCISCO HOUSING AUTHORITY AND HENRY ALVAREZ III WITHOUT PREJUDICE |

**WHEREAS:**

In 2005 Defendant San Francisco Housing Authority ("SFHA") formally amended its Model Lease Agreement to prohibit the possession of firearms and ammunition in the home by residents of public housing in the City and County of San Francisco. SFHA's policies are set forth in the current San

1

Francisco Housing Authority Model Lease Agreement ("MLA") at paragraphs 14 and 15. (A true and correct copy of SFHA's current Model Lease Agreement is attached hereto as Exhibit "A.")

**NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. Plaintiffs shall and hereby do dismiss Defendants San Francisco Housing Authority and Henry Alvarez III from the above captioned lawsuit without prejudice.

2. The parties agree to a mutual waiver of all fees and costs incurred in this litigation.

3. The parties further agree that this Court shall retain jurisdiction over the parties to enforce the settlement until the parties have performed the terms of this agreement in full.

### Obligations of Defendant San Francisco Housing Authority

1. Effective immediately, Defendant SFHA shall not at any time enforce the provisions of paragraph 14 of the MLA relating to the lawful possession of ammunition.

2. Defendant SFHA shall not at any time mandate, require, encourage, or otherwise allow enforcement of the provisions of paragraph 14 of the MLA, relating to the lawful possession of ammunition, by any of SFHA's employees or agents, or by any property manager or administrator of any public housing development owned or controlled by SFHA.

3. Defendant SFHA shall not at any time enforce the provisions of paragraph 15 of the MLA relating to the lawful possession of firearms and other arms or weapons.

4. Defendant SFHA shall not at any time mandate, require, encourage, or otherwise allow enforcement of the provisions of paragraph 15 of the MLA, relating to the lawful possession of firearms and other arms or weapons, by any of

SFHA's employees, agents, or by any property manager or administrator of any public housing development owned or controlled by SFHA.

5. Defendant SFHA hereby agrees to, and shall formally, amend paragraphs 14 and 15 of its Model Lease Agreement by no later than November 1, 2009, to provide as follows:

"14. (I) FIRE SAFETY

(A) Unlawfully storing, unlawfully keeping, or unlawfully possessing, any ammunition, explosives, fireworks, flammable or other hazardous materials in or around the Residence or Development by a Household Member, guest, or other person under the control of a Household Member, is strictly prohibited.

(B) No gas powered vehicles or equipment shall be allowed in or around the Residence. No explosives or fireworks of any kind shall be possessed or exploded on or about the Residence or Development. Tenant shall use reasonable precautions to avoid causing a fire, including but not limited to refraining from smoking in bed, failing to control lit materials, or overloading electrical circuits or extension cords. The SFHA shall terminate this Lease if it determines that any Tenant, Household Member, guest or other person under their control deliberately or negligently caused a fire that resulted in damage to any portion of the Residence or Development. In addition, the SFHA shall assess the costs of repair to the Tenant and shall use all legal remedies to recover such costs.

15. PROHIBITION ON UNLAWFUL FIREARMS AND WEAPONS

(A) Unlawful ownership, unlawful possession, unlawful transportation or unlawful use of any firearm or any weapon, in or around the Residence, the Development, or SFHA property, by a

Household Member, guest, or other person under the control of a Household Member, is strictly prohibited.

(B)   Violation of the provisions of this section 15 by any Household Member, guest, or other person under the control of a Household Member, shall be grounds for immediate Lease termination and eviction. The term "firearm" is defined broadly and shall include but not be limited to all pistols, revolvers, other handguns, rifles, shotguns, automatic and semiautomatic guns, and any other instrument that expels a metallic, partly metallic, or other hard projectile, including but not limited to BB guns, air guns and spring action guns."

IT IS SO STIPULATED AND AGREED.

Dated: January 12, 2009          TRUTANICH • MICHEL, LLP

                                 _____
                                 C. D. Michel
                                 Attorney for Plaintiffs

Dated: January 6, 2009           SAN FRANCISCO HOUSING AUTHORITY

                                 _____
                                 Henry Alvarez, Executive Director
                                 San Francisco Housing Authority

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: January ____, 2009

                                 _____
                                 Honorable Thelton E. Henderson
                                 Judge of the District Court of

4