1 | C. D. Michel - S.B.N. 144258
2 | Don B. Kates - S.B.N. 39193
  | Jason A. Davis - S.B.N. 222250
3 | Clinton B. Monfort - S.B.N. 255609
  | TRUTANICH • MICHEL, LLP
4 | 180 E. Ocean Boulevard, Suite 200
  | Long Beach, CA 90802
5 | Telephone: 562-216-4444
  | Facsimile: 562-216-4445
6 | Email: cmichel@tmllp.com

7 Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10,<br><br>　　　　Defendants. | CASE NO. CV-08-03112 TEH<br><br>**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAN FRANCISCO HOUSING AUTHORITY AND HENRY ALVAREZ, III**<br><br>Dept.:　Courtroom 12- 19th Floor |

　　NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiffs GUY MONTAG DOE, et. al. voluntarily dismiss Defendants SAN FRANCISCO HOUSING AUTHORITY AND HENRY ALVAREZ, III from the above-captioned action without prejudice.

　　Since the defendants have yet filed an answer in this matter, it would appear this action can be taken simply by way of notice. To the extent court approval is required, plaintiffs respectfully request this be considered a motion for such

1

approval.

## BACKGROUND

In 2005, Defendant San Francisco Housing Authority ("SFHA") formally amended its Model Lease Agreement to prohibit the possession of firearms and ammunition in the home by residents of public housing in the City and County of San Francisco. From 2005 to the present, it has been SFHA's policy that all residents of public housing are prohibited from keeping or possessing any firearms or ammunition in the home for self defense or any other otherwise lawful purpose.

On June 26, 2008 the Supreme Court of the United States ruled on whether the Second Amendment of the United States Constitution protects an individual right to keep and bear arms in the case of *Heller v. District of Columbia*, (2008) 128 S. Ct. 2783. In *Heller*, the Supreme Court held that the Second Amendment protects an individual right to possess a firearm unconnected with service in a militia, and to use that arm for all traditionally lawful purposes, including self-defense within the home. (*Id.*)

In light of the United States Supreme Court's decision in *Heller,* plaintiffs filed suit against the San Francisco Housing Authority and Henry Alvarez III on the grounds that the aforementioned policies of Defendant SFHA regarding the prohibition on the possession of firearms and ammunition by law abiding tenants are unconstitutional.

Following the commencement of this action by plaintiffs, defendant San Francisco Housing Authority agreed to amend its Model Lease Agreement to remove the prohibition on the lawful possession of firearms and ammunition. Defendant San Francisco Housing Authority further agreed that, effective immediately, Defendant SFHA and its agents and representatives will not at any time enforce the provisions of the Model Lease Agreement relating to the lawful possession of firearms ammunition. The complete terms of this agreement are provided in the Stipulation Regarding Settlement and Dismissal filed concurrently

1 | with this Notice of Dismissal.

2 | Accordingly, plaintiffs now move to dismiss defendants San Francisco
3 | Housing Authority from the above-captioned action without prejudice.

4 | Date: January 12, 2009         TRUTANICH • MICHEL, LLP

/S/
C. D. Michel
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>Plaintiffs<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10,<br><br>Defendants. | CASE NO.: CV-08-03112 TEH<br><br>**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAN FRANCISCO HOUSING AUTHORITY AND HENRY ALVAREZ, III** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SAN FRANCISCO HOUSING AUTHORITY AND HENRY ALVAREZ, III**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | | |
|---|---|---|
| 1 | Tim Larsen | John P. Zanghi |
| 2 | Assistant General Counsel<br>San Francisco Housing Authority | Zanghi Torres Arshawsky, LLP<br>703 Market St., #1600 |
| 3 | 440 Turk Street<br>San Francisco, Ca 94102 | San Francisco, CA 94103<br>Email: jzanghi@ztalaw.com |
| 4 | Email: larsent@SFHA.ORG | |
| 5 | Attorney for Defendants<br>San Francisco Housing Authority | Attorney for Defendants<br>The John Stewart Company |

   I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2009.

                              TRUTANICH • MICHEL, LLP


                              ___/S/_____
                              C. D. Michel
                              Attorney for Plaintiffs'