IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUY MONTAG DOE, et al.,

          Plaintiffs,

v.

SAN FRANCISCO HOUSING AUTHORITY, et al.,

          Defendants.

NO. C 08-3112 TEH

ORDER TO SHOW CAUSE

On January 12, 2009, this matter came before the Court for a case management conference. Carl Michel appeared telephonically with the Court's permission on behalf of the Plaintiff, Guy Montag Doe. Mr. Michel reported the dismissal of Defendants San Francisco Housing Authority and Henry Alvarez, III. Mr. Michel also brought to the Court's attention that Defendant John Stewart Company has been nonresponsive to recent settlement attempts, and that Defendant has not answered the complaint, which was served on June 27, 2008. Rule 12 of the Federal Rules of Civil Procedure provides that "[a] defendant must serve an answer within 20 days after being served with the summons and complaint[.]"

Accordingly, and good cause appearing, it is ordered that the John Stewart Company appear in Courtroom 12 on February 2, 2009, at 10:00 and show cause why default should not be entered against it for failure to answer the complaint. Failure to appear at this hearing shall result in entry of default. Any written response to this order shall be filed no later than

1 January 28, 2009. If satisfactory settlement papers are filed on or before January 28, 2009,
2 no appearance is necessary.

**IT IS SO ORDERED.**

Dated: January 14, 2009

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT