| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Jason A. Davis - S.B.N. 222250 |
| | Clinton B. Monfort - S.B.N. 255609 |
| 3 | TRUTANICH • MICHEL, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@tmllp.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | ) CASE NO. CV-08-03112 TEH ) ) ) **TELEPHONIC APPEARANCE** ) **REQUEST FOR ORDER TO SHOW** ) **CAUSE HEARING** |
| 15 | Plaintiffs | ) |
| 16 | vs. | ) |
| 17 | SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10, | ) ) ) ) ) ) ) ) ) ) |
| 22 | Defendants. | ) |

1

1    TO THE PARTIES OF THE ABOVE ENTITLED ACTION: Pursuant to
2 Local Rule 16-10(a) Plaintiffs' GUY MONTAG DOE, et al., respectfully request to
3 appear via telephone for the Order to Show Cause Hearing currently on calendar
4 for Monday, February 2, 2009 at 10:00 a.m.

5   Date: January 26, 2009         TRUTANICH • MICHEL, LLP

6

7

8                               /S/
                         C. D. Michel
9                          Attorneys for Plaintiffs'

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   | IN THE UNITED STATES DISTRICT COURT | |
| 6   | FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| 7   | SAN FRANCISCO DIVISION | |
| 8   | GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | **CASE NO. 06-4237** |
| 9   | | **TELEPHONIC APPEARANCE REQUEST FOR ORDER TO SHOW CAUSE HEARING** |
| 10  | Plaintiffs | |
| 11  | vs. | |
| 12  | SAN FRANCISCO HOUSING AUTHORITY, MIRIAM SAEZ, IN HER OFFICIAL CAPACITY, HENRY ALVAREZ III, IN HIS OFFICIAL CAPACITY, CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY, JOHN STEWART COMPANY, AND DOES 1-10, | |
| 13  | Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**TELEPHONIC APPEARANCE REQUEST FOR CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1  John P. Zanghi
2  Zanghi Torres Arshawsky, LLP
   703 Market St., #1600
3  San Francisco, CA 94103
   Email: jzanghi@ztalaw.com
4
   Attorney for Defendants
5  The John Stewart Company

6     I declare under penalty of perjury that the foregoing is true and correct.
7  Executed on January 26, 2009.

8                                          TRUTANICH • MICHEL, LLP
9
                                           _____/S/_____
10                                         C. D. Michel
                                           Attorney for Plaintiffs'
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4