C. D. Michel - S.B.N. 144258
Don B. Kates - S.B.N. 39193
Jason A. Davis - S.B.N. 222250
Clinton B. Monfort - S.B.N. 255609
TRUTANICH • MICHEL, LLP
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@tmllp.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>Plaintiffs<br><br>vs.<br><br>JOHN STEWART COMPANY, AND DOES 1-10,<br><br>Defendants. | CASE NO. CV-08-03112 TEH<br><br>**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MIRIAM SAEZ WITHOUT PREJUDICE**<br><br>Dept.: Courtroom 12- 19th Floor |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiffs GUY MONTAG DOE, et al., voluntarily dismiss Defendant Miriam Saez from the above-captioned action without prejudice.

Miriam Saez inadvertently remained party to this suit despite the parties' intentions that she be dismissed as a defendant. Since Defendant Saez has not yet been served or filed an answer in this matter, it would appear this action can be taken simply by way of notice. To the extent court approval is required, plaintiffs respectfully request this be considered a motion for such approval.

Accordingly, plaintiffs now move to dismiss defendant Miriam Saez from the above-captioned action without prejudice.

Date: January 29, 2009

TRUTANICH • MICHEL, LLP

/S/

C. D. Michel
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,

Plaintiffs

vs.

JOHN STEWART COMPANY, AND DOES 1-10,

Defendants.

CASE NO.: CV-08-03112 TEH

**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT MIRIAM SAEZ WITHOUT PREJUDICE**

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF OR MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MIRIAM SAEZ, IN HER OFFICIAL CAPACITY FOR THE SAN FRANCISCO HOUSING AUTHORITY**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Tim Larsen
Assistant General Counsel
San Francisco Housing Authority
440 Turk Street
San Francisco, Ca 94102
Email: larsent@SFHA.ORG
Attorney for Defendants
San Francisco Housing Authority

John P. Zanghi
Zanghi Torres Arshawsky, LLP
703 Market St., #1600
San Francisco, CA 94103
Email: jzanghi@ztalaw.com
Attorney for Defendants
The John Stewart Company

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2009.

TRUTANICH • MICHEL, LLP

/S/
C. D. Michel
Attorney for Plaintiffs'