1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6
7  Attorneys for Plaintiffs

8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 SAN FRANCISCO DIVISION

11 GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,

   CASE NO. CV-08-03112 TEH

   **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

14    Plaintiffs

   Dept.:   Courtroom 12- 19th Floor

15    vs.

16 JOHN STEWART COMPANY, AND DOES 1-10,

17    Defendants.

24     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiffs GUY MONTAG DOE, et al., voluntarily dismiss the above-captioned action without prejudice.

27     Since defendant has not yet filed an answer in this matter, it would appear this action can be taken simply by way of notice. To the extent court approval is

1

required, plaintiffs respectfully request this be considered a motion for such approval.

## BACKGROUND

In March of 2008, John Stewart Company formally amended its House Rules for Valencia Gardens to prohibit the possession of firearms in the home by residents of Valencia Gardens. From March 2008 to the present, it has been the policy of John Stewart Company that all residents of Valencia Gardens are prohibited from keeping or possessing any firearms or ammunition in the home for self-defense or any other lawful purpose.

On June 26, 2008 the Supreme Court of the United States ruled on whether the Second Amendment of the United States Constitution protects an individual right to keep and bear arms in the case of *Heller v. District of Columbia*, (2008) 128 S. Ct. 2783. In *Heller*, the Supreme Court held that the Second Amendment protects an individual right to possess a firearm unconnected with service in a militia, and to use that arm for all traditionally lawful purposes, including self-defense within the home. (*Id.*)

In light of the United States Supreme Court's decision in *Heller*, plaintiffs filed suit against the John Stewart Company on the grounds that the aforementioned policies of John Stewart Company regarding the prohibition on the possession of firearms and ammunition by law abiding tenants are unconstitutional.

Following the commencement of this action by plaintiffs, defendant John Stewart Company agreed to amend its House Rules to remove the prohibition on the lawful possession of firearms and ammunition. Defendant John Stewart Company further agreed that, effective immediately, Defendant and its agents and representatives will not at any time enforce the provisions of the House Rules relating to the lawful possession of firearms and ammunition. The complete terms of this agreement are provided in the Stipulation Regarding Settlement and Dismissal filed concurrently with this Notice of Dismissal.

1  Accordingly, plaintiffs now move to dismiss the above-captioned action
2  without prejudice.
3
4  Date: January 29, 2009                    TRUTANICH • MICHEL, LLP
5
6
7                                            /S/
                                             C. D. Michel
8                                            Attorney for Plaintiffs
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br><br>Plaintiffs<br><br>vs.<br><br>JOHN STEWART COMPANY, AND DOES 1-10,<br><br>Defendants. | CASE NO.: CV-08-03112 TEH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF ENTIRE ACTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

John P. Zanghi
Zanghi Torres Arshawsky, LLP
703 Market St., #1600
San Francisco, CA 94103
Email: jzanghi@ztalaw.com

Attorney for Defendants
The John Stewart Company

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 29, 2009.

TRUTANICH • MICHEL, LLP

/S/
_____
C. D. Michel
Attorney for Plaintiffs'

4