Francisco G. Torres (SBN156169)
ZANGHI TORRES ARSHAWSKY LLP
703 Market Street, Suite 1600
San Francisco, CA 94103
(415) 977-0444
Attorneys for Defendant
John Stewart Company

E-filing



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA INC., CITIZEN'S COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS,<br>　　Plaintiffs,<br>v.<br><br>SAN FRANCISCO HOUSING AUTHORITY, HENRY ALVAREZ III, JOHN STEWART COMPANY.<br><br>　　Defendants. | Case No. 08-3112 TEH<br><br>DEFENDANT JOHN STEWART COMPANY'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>Dept: 12-19th Floor<br>Date:2/2/09<br>Time: 10:00 a.m. |

Defendant John Stewart Company responds to the Court's order to show cause as follows:

1. On January 8, 2009, defendant's counsel sent proposed revisions and comments to opposing counsel for plaintiff for the Stipulation re: Settlement and Dismissal Without Prejudice.

2. On January 14, 2009, this Court entered the instant Order To Show Cause based in part on the representation that Defendant John Stewart Company had not been responsive to recent settlement attempts.

3. On January 17, 2009, plaintiff's counsel responded to defendant counsel's proposed revisions and sent a revised draft of the Stipulation re: Settlement and Dismissal Without Prejudice.

4. On January 21, 2009, defendant's counsel requested that plaintiff's counsel prepare a finalized version of the Stipulation re; Settlement and Dismissal Without Prejudice correcting a typographical error in the case caption.

5. On January 23, 2009, defendant's counsel sent to plaintiff's counsel by electronic mail and regular mail the executed Stipulation re: Settlement and Dismissal Without Prejudice and a true and correct copy is submitted herewith.

6. As of this date, it is unclear whether plaintiff's counsel has executed and filed the Stipulation re: Settlement and Dismissal Without Prejudice.

7. It is respectfully requested that the Court take this Order to Show Cause off calendar given that Defendant John Stewart Company has diligently sought to resolve this matter and file settlement papers before January 28, 2009 as requested by the Court.

ZANGHI TORRES ARSHAWSKY LLP

Dated: 1/28/09

_____
Francisco G. Torres
Attorneys for Defendant
John Stewart Company

## ZANGHI TORRES ARSHAWSKY LLP

703 Market Street, Suite 1600, San Francisco, California 94103     Telephone: (415) 977-0444
    Facsimile: (415) 977-0156

John P. Zanghi
Francisco G. Torres
Paul Arshawsky

January 23, 2009

Clinton B. Monfort
Trutanich Michel, LLP
180 E. Ocean Blvd. Suite 200
Long Beach, CA 90802

    re: Guy Montag Doe, NRA v. John Stewart Company

Dear Mr. Monfort:

    Enclosed you will find the original of the Stipulation Re: Settlement and Dismissal Without Prejudice for this matter.

    Please forward file endorsed of both the Stipulation and the dismissal at your earliest convenience.

Very truly yours,

John P. Zanghi
JPZ:ml
enc.

| | |
|---|---|
| 1 | C. D. Michel - S.B.N. 144258 |
| | Don B. Kates - S.B.N. 39193 |
| 2 | Jason A. Davis - S.B.N. 222250 |
| | Clinton B. Monfort - S.B.N. 255609 |
| 3 | TRUTANICH • MICHEL, LLP |
| | 180 E. Ocean Boulevard, Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone: 562-216-4444 |
| 5 | Facsimile: 562-216-4445 |
| | Email: cmichel@tmllp.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | CASE NO. CV-08-03112 TEH |
| 12 | | **STIPULATION RE SETTLEMENT AND DISMISSAL WITHOUT PREJUDICE** |
| 13 | | |
| 14 | Plaintiffs | |
| 15 | vs. | |
| 16 | JOHN STEWART COMPANY AND DOES 1-10, | |
| 17 | Defendants. | |

1

**WHEREAS:**

1. Valencia Gardens is a multi-unit public housing complex located at 390 Valencia Street, San Francisco, CA 94103. Defendant John Stewart Company is the property management company for Valencia Gardens. In 2008, John Stewart Company formally amended its House Rules for Valencia Gardens to prohibit the possession of firearms in the home by residents of Valencia Gardens. A true and correct copy of the Valencia Gardens House Rules is attached hereto as Exhibit "A."

**NOW THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. Plaintiffs shall dismiss the above-captioned lawsuit without prejudice.

2. The parties agree to a mutual waiver of all fees and costs incurred in this litigation.

3. The parties further agree that this Court shall retain jurisdiction over the parties to enforce the settlement until the parties have performed the terms of this agreement in full.

**Obligations of Defendant John Stewart Company**

1. Defendant John Stewart Company shall not at any time enforce the provisions of Section 1.9 of the Valencia Gardens House Rules relating to the lawful possession of firearms, ammunition, lawful weapons, and other lawful items and devices that resemble weapons. However, Defendant John Stewart Company may enforce this provision as to the to the unlawful ownership, unlawful possession, unlawful transportation or unlawful use of firearms and/or ammunition until such time that the House Rules are amended consistent with the terms of this stipulation.

2. Except in those instances involving the unlawful ownership, unlawful possession, unlawful transfer, or unlawful use of firearms and/or ammunition, Defendant John Stewart Company shall not at any time mandate, require, encourage, or otherwise allow enforcement of the provisions of Section 1.9 of the

2

1 Valencia Gardens House Rules relating to the lawful possession of firearms,
2 ammunition, lawful weapons, and other lawful items and devices that resemble
3 weapons, by any of John Stewart Company's employees or agents, or by any
4 property manager or other administrator of any public housing development
5 managed by Defendant John Stewart Company.

6     3.      Defendant John Stewart Company hereby agrees to, and shall
7 formally, amend Section 1.9 of the Valencia Gardens House Rules by no later than
8 November 1, 2009 to provide as follows:

9     1.9 FIREARMS AND WEAPONS

10     (A) Unlawful ownership, unlawful possession, unlawful transportation or
11 unlawful use of any firearm or any weapon, or explosive device, in or around
12 the premises or the buildings, facilities or common areas of Valencia
13 Gardens by the Resident, members of the Resident's household, guests or
14 other persons under the Resident's control or invitation ("covered person") is
15 strictly prohibited. The term "firearm" is defined broadly and shall include
16 but not be limited to all pistols, revolvers, other handguns, rifles, shotguns,
17 automatic and semiautomatic guns, and any other instrument that expels a
18 metallic, partly metallic, or other hard projectile, including but limited to BB
19 guns, air guns and spring action guns.

20     (B) Unlawful use by a covered person of an imitation weapon or firearm, or
21 an item as a representation of a weapon or firearm, as a threat to the health,
22 safety, or peaceful enjoyment of any resident, employee, police or security
23 officer or other person, in or around the premises or the buildings, facilities
24 or common areas of Valencia Gardens is strictly prohibited.

25     (C) Violation of any part of this section (1.9) by the Resident or other
26 covered person shall be grounds for immediate lease termination and
27 eviction.

28

3

1      4.    Defendant John Stewart Company hereby agrees to and shall provide
2  written notice to all Valencia Gardens residents informing them of the amendments
3  to Section 1.9 of the Valencia Gardens House Rules that are referred to in the
4  preceding paragraph of this agreement by no later than November 1, 2009.

6  **IT IS SO STIPULATED AND AGREED.**
7  Dated: January ____, 2009          TRUTANICH • MICHEL, LLP

                                                  C. D. Michel
                                                  Attorney for Plaintiffs

13  Dated: January 21, 2009

                                                  Francisco G. Torres
                                                  Attorney for Defendant John Stewart Co.

17  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
18  Date: January ____, 2009

                                                  Honorable Thelton E. Henderson
                                                  Judge of the District Court of

4

ZANGHI TORRES ARSHAWSKY, LLP
703 Market Street, Suite 1600
San Francisco, CA 94103
415/ 977-0444

## PROOF OF SERVICE BY MAIL
### C.C.P. 1013a(1), 2015.5

I, the undersigned, state that I am over eighteen years of age, a resident of San Francisco County, State of California, and not a party to the within action, my business address appears above. On January 28, 2009, I served copies of:

Defendant John Stewart Company's Response to Order to Show Cause

by placing said copies in an envelope(s) addressed as follows:

C.D. Michel
Clinton Monfort
Trutanich Michel, LLP
180 E. Ocean Boulevard, Suite 200
Long Beach, California 90802

said envelope(s) were then sealed and postage fully prepaid thereon, and deposited in the United States Mail at San Francisco, on the date indicated below. There is mail delivery by United Stated Mail between the place of mailing and the place(s) so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 28, 2009

_____
Monika Leng

-1-