1  C. D. Michel - S.B.N. 144258
   Don B. Kates - S.B.N. 39193
2  Jason A. Davis - S.B.N. 222250
   Clinton B. Monfort - S.B.N. 255609
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Boulevard, Suite 200
4  Long Beach, CA 90802
   Telephone: 562-216-4444
5  Facsimile: 562-216-4445
   Email: cmichel@tmllp.com
6
7  Attorneys for Plaintiffs

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION

11 | GUY MONTAG DOE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, | CASE NO. CV-08-03112 TEH
|---|---|
| Plaintiffs | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| vs. | Dept.: Courtroom 12- 19th Floor |
| JOHN STEWART COMPANY, AND DOES 1-10, | |
| Defendants. | |

24     NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil
25 Procedure Rule 41(a), Plaintiffs GUY MONTAG DOE, et al., voluntarily dismiss
26 the above-captioned action without prejudice.
27     Since defendant has not yet filed an answer in this matter, it would appear
28 this action can be taken simply by way of notice. To the extent court approval is

required, plaintiffs respectfully request this be considered a motion for such approval.

## BACKGROUND

In March of 2008, John Stewart Company formally amended its House Rules for Valencia Gardens to prohibit the possession of firearms in the home by residents of Valencia Gardens. From March 2008 to the present, it has been the policy of John Stewart Company that all residents of Valencia Gardens are prohibited from keeping or possessing any firearms or ammunition in the home for self-defense or any other lawful purpose.

On June 26, 2008 the Supreme Court of the United States ruled on whether the Second Amendment of the United States Constitution protects an individual right to keep and bear arms in the case of *Heller v. District of Columbia*, (2008) 128 S. Ct. 2783. In *Heller*, the Supreme Court held that the Second Amendment protects an individual right to possess a firearm unconnected with service in a militia, and to use that arm for all traditionally lawful purposes, including self-defense within the home. (*Id.*)

In light of the United States Supreme Court's decision in *Heller*, plaintiffs filed suit against the John Stewart Company on the grounds that the aforementioned policies of John Stewart Company regarding the prohibition on the possession of firearms and ammunition by law abiding tenants are unconstitutional.

Following the commencement of this action by plaintiffs, defendant John Stewart Company agreed to amend its House Rules to remove the prohibition on the lawful possession of firearms and ammunition. Defendant John Stewart Company further agreed that, effective immediately, Defendant and its agents and representatives will not at any time enforce the provisions of the House Rules relating to the lawful possession of firearms and ammunition. The complete terms of this agreement are provided in the Stipulation Regarding Settlement and Dismissal filed concurrently with this Notice of Dismissal.

1     Accordingly, plaintiffs now move to dismiss the above-captioned action
2 without prejudice.

4   Date: January 29, 2009                          TRUTANICH • MICHEL, LLP

                                                       /S/
                                                       C. D. Michel
                                                       Attorney for Plaintiffs

        The clerk shall close the file.

**IT IS SO ORDERED**
Judge Thelton E. Henderson
01/29/09

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*